COMMONWEALTH OF PENNSYLVANIA and Raymond Williams, Willie McKay, Marion J. Eaddy, Randolph Hughes, Jr., Ariel Brownlee, William Bostic, Kenneth Howard, Alpha Christmas, Ronald Richardson, Clarence Winder, Ronald Crawford, and Frank Gilchrist, on their own behalf and on behalf of all others similarly situated,

v.

LOCAL UNION 542, INTERNATIONAL UNION OF OPERATING ENGINEERS; Operating Engineers Joint Apprenticeship and Training Committee of Philadelphia, Eastern Pennsylvania, and the State of Delaware; General Building Contractors Association of Eastern Pennsylvania, United Contractors Association, and Pennsylvania Excavating Contractors Association, on their own behalf and on behalf of all others similarly situated,

and

Glasgow, Inc., on its own behalf and on behalf of all others similarly situated,

Local Union 542, International Union of Operating Engineers, Appellant in No. 80–2159.

Operating Engineers Joint Apprenticeship and Training Committee of Philadelphia, Eastern Pennsylvania, and the State of Delaware, Appellant in No. 80–2160.

Nos. 80–2159, 80–2160.

United States Court of Appeals, Third Circuit.

Argued Feb. 24, 1981.

Reargued In Banc May 12, 1981.

Decided May 19, 1981.

Marvin I. Barish and Gordon Gelfond (argued), Philadelphia, Pa., for appellants Local Union 542 and Operating Engineers Joint Apprenticeship Training Committee.

John J. McAleese, Jr., Thomas J. McGoldrick (argued), D. Richard Powell, Jr., Luis A. Minella, Cuniff, Bray & McAleese, Bala Cynwyd, Pa., for appellants Operating Engineers Joint Apprenticeship Training Committee.

Harold I. Goodman (argued) and Germaine Ingram, Community Legal Services, Inc., Philadelphia, Pa., for Individually Named and Class Appellees.

Joel M. Ressler, Louis J. Rovelli, Margaret Hunting, Deputy Attys. Gen., LeRoy S. Zimmerman, Atty. Gen., Dept. of Justice, Harrisburg, Pa., for appellee Commonwealth of Pennsylvania.

Argued Feb. 24, 1981.

Before WEIS and GARTH, Circuit Judges, and MILLER, Judge, Court of Customs and Patent Appeals.*

Reargued May 12, 1981 In Banc.

Before SEITZ, Chief Judge, ALDISERT, GIBBONS, HUNTER, WEIS, and GARTH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

Essentially for the reasons set forth in the opinions of the district court, *see Commonwealth of Pennsylvania v. Local Union 542*, 469 F.Supp. 329 (E.D.Pa.1978); 488 F.Supp. 988 (E.D.Pa.1979); 502 F.Supp. 7 (E.D.Pa.1979), and to the extent that the judgment of the district court is challenged by these appeals, the judgment of the district court will be affirmed.

* The Honorable Jack R. Miller, United States Court of Customs and Patent Appeals, Washington, D. C., sitting by designation.